# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00207-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. NICOLAS COBOS-CHACHAS,

      Defendant.

## MINUTE ORDER[1]

On May 18, 2010, the parties appeared in chambers to reset the change of plea hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

      1. That the change of plea hearing is set for **July 6, 2010**, commencing at 1:30 p.m.; and

      2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated: May 18, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.